IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE M. BLAKE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-2971 |

## ORDER

**AND NOW**, this 12th day of January 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 27) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) explicitly consider how Plaintiff's moderate limitation in adapting and managing herself should, or should not, change his RFC assessment and, if necessary, pose new hypothetical questions to a VE; and (b) provide an explanation for why he did not accept Dr. McHugh's opinion that Plaintiff had marked limitation with responding appropriately to usual work situations and changes in a routine work setting.

**BY THE COURT**:

  /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge